IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )         8:06CR369
                                )
        v.                      )
                                )
ANTONIO ANTHONY SMITH,          )          ORDER
                                )
                Defendant.      )
_____)
```

The Court has been advised that defendant wishes to enter a plea of guilty in this matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, January 25, 2007, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 11th day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court