IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR369 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is on before the Court upon the United States' Motion to Strike Final Order of Forfeiture, Return Property, Close Forfeiture Case and <u>Memorandum</u> Brief (Filing No. 28). The Court has reviewed the record in this case and finds the United States' Motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Strike Final Order of Forfeiture, Return Property and Close Forfeiture Case is sustained.

2. This Court's Final Order of Forfeiture (Filing No. 22) is stricken.

3. The Omaha Police Department is holding a Sterling .22 caliber pistol, serial number E08712. The Omaha Police Department shall provide this weapon to Edward Nelson, of 6311 Wirt Street, Omaha, Nebraska 68104.

4. The United States shall notify the Court after the weapon has been delivered to Mr. Nelson. The Court will then issue an Order closing this case.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court