IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR369 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTONIO ANTHONY SMITH, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the final dispositional hearing on the amended petition for warrant or summons for offender under supervision (Filing No. 42) is scheduled for:

**Thursday, June 30, 2011, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

IT IS FURTHER ORDERED:

1) The defendant shall report at 8:00 a.m. on Monday, June 27, 2011 to U.S. Probation Office for testing; and

2) If the defendant tests positive for phencyclidine (PCP), he shall be detained immediately and held in custody until the June 30th hearing.

DATED this 23rd day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court